FILED

05/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0640

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0640

_____

IN THE MATTER OF:

GRAND RIVER ENTERPRISES, INC.

      Respondent, Counter-Plaintiff,
      and Appellant,

GRAND RIVER ENTERPRISES, INC.

      Respondent, Counter-Plaintiff,
      and Appellant,

    v.

STATE OF MONTANA ex rel. DEPARTMENT
OF JUSTICE,

      Counter-Defendant and Appellee.

                    O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

                    For the Court,

                    Electronically signed by:
                    Mike McGrath
            Chief Justice, Montana Supreme Court
                    May 22 2024